1

2

Attorneys for Plaintiff, STANLEY MERRILL
3    ALLEY■CLARK■GREIWE
Counsel for Plaintiff
4    701 E. Washington Street
Tampa, Florida 33602
5    Phone:  813-222-0977
Facsimile: 813-224-0373
6

7

8

9                    UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
10

11    _____  )    Case Specific Number 3:06-CV-5705
                                        )
12    IN RE: BEXTRA AND CELEBREX         )    **MDL NO. 1699**
MARKETING SALES PRACTICES AND      )    **District Judge:  Charles R. Breyer**
13    PRODUCT LIABILITY LITIGATION       )
                                        )
14    _____  )
                                        )
15    STANLEY MERRILL,                   )
                                        )    **STIPULATION AND ORDER OF**
16                          Plaintiffs,  )    **DISMISSAL WITH PREJUDICE**
                                        )
17                vs.                    )
                                        )
18    Pfizer, Inc., et al.               )
                            Defendants.  )
19    _____

20          Come now the Plaintiff, STANLEY MERRILL, and Defendants, by and through the

21    undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

22    stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys'

23    fees and costs.

24          DATED: 4|6 , 2009     By:_____

25                                ALLEY■CLARK■GREIWE
Counsel for Plaintiff
26                                701 E. Washington Street
Tampa, Florida 33602
27                                Phone:  813-222-0977
Facsimile: 813-224-0373
28                                Attorneys for Plaintiff, STANLEY MERRILL

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1    DATED: April 6 , 2009     By: _____

2
3                              DLA PIPER LLP (US)
                             1251 Avenue of the Americas
                             New York, NY 10020
4                            Telephone:  (212) 335-4500
                             Facsimile:  (212) 335-4501
5                            *Defendants' Liaison Counsel*

6
7
8
     **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
9    **IT IS SO ORDERED.**

10
11   Dated:  April 9, 2009

12                            Hon. Charles R. Breyer
                             United St___
13
                             IT IS SO ORDERED
14
15                           Judge Charles R. Breyer
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**